1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DANIEL KIRKPATRICK,              Case No. CV 14-8084 JFW (SS)

12                Petitioner,

13        v.                          **ORDER ACCEPTING FINDINGS,**

                                      **CONCLUSIONS AND**
14   NEIL MCDOWELL, Warden,
                                      **RECOMMENDATIONS OF UNITED**
15                Respondent.
                                      **STATES MAGISTRATE JUDGE**
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

19   Petition, all the records and files herein, the Report and

20   Recommendation of the United States Magistrate Judge, and

21   Petitioner's Objections.    After having made a <u>de novo</u>

22   determination of the portions of the Report and Recommendation to

23   which Objections were directed, the Court concurs with and

24   accepts the findings and conclusions of the Magistrate Judge.

25   \\

26   \\

27   \\

28   \\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2  be entered dismissing this action with prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5  Order and the Judgment herein on counsel for Petitioner and
6  Respondent.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10  DATED:  June 14, 2016

11                                          _____
                                            JOHN F. WALTER
12                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28