JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIRKPATRICK,<br><br>    Petitioner,<br><br>  v.<br><br>NEIL MCDOWELL, Warden,<br><br>    Respondent. | Case No. CV 14-8084 JFW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 14, 2016

*/s/ John F. Walter*
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE